UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROMEO C. ALLEN,<br><br>                    Plaintiff,<br><br>       v.<br><br>COWLITZ COUNTY DISTRICT COURT,<br><br>                    Defendants. | Case No. 3:23-cv-05427-MJP<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR JUNE 23, 2023 |

On May 10, 2023, plaintiff filed a Motion for Leave to Proceed In Forma Pauperis (Dkt. 1), with respect to his proposed civil rights complaint (Dkt. 1-1). On May 15, 2023, the Court sent plaintiff a notice of filing deficiency informing him that the Court required a corrected signature page by May 30, 2023. Dkt. 3. Plaintiff has not submitted a corrected motion.

Accordingly, the undersigned recommends that the Court DENY plaintiff's IFP application and dismiss his action without prejudice for failure to prosecute. A proposed Order and proposed Judgment accompany this Report and Recommendation.

Plaintiff has **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *see also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See*

REPORT AND RECOMMENDATION - 1

*Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the above time limit, the Clerk shall set this matter for consideration on **June 23, 2023**, as noted in the caption.

Dated this 5th day of June, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

NOTED FOR JUNE 23, 2023 - 2