UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROMEO C. ALLEN,

        Plaintiff,

v.

COWLITZ COUNTY DISTRICT COURT,

        Defendants.

Case No. 3:23-cv-05427-MJP

ORDER

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's application to proceed *in forma pauperis* is DENIED; and

(2) This matter is DISMISSED without prejudice.

Dated this 12th day of July, 2023.

Marsha J. Pechman
United States District Judge

ORDER - 1